# Arne Leonard

| | |
|---|---|
| **From:** | Arne Leonard |
| **Sent:** | Friday, August 25, 2017 11:31 AM |
| **To:** | 'ncpowdrell@bernco.gov'; 'transparency@bernco.gov' |
| **Cc:** | Paul Kennedy; Jada L. Trujillo |
| **Subject:** | IPRA Request for MDC Records |

Nataura Powdrell-Moore
Public Information Officer
Local Custodian of Public Records
Bernalillo County Metropolitan Detention Center
ncpowdrell@bernco.gov

Re:     Inspection of Public Records Act Request

Dear Ms. Powdrell-Moore:

We understand from the County's "Bernco View" transparency portal that you are the records custodian for public records of the Metropolitan Detention Center (MDC).  If this understanding is mistaken, please forward this request to the appropriate County employee(s).

Pursuant to the Inspection of Public Records Act, NMSA §§ 14-2-1 through 14-2-12, and Chapter 2, Article 1 of the Bernalillo County Code of Ordinances, this office requests to inspect and obtain copies of the following records:

1.      The daily roster, shift log, or other records identifying the names, positions, and working hours of each Bernalillo County employee and contractor on duty in the F Unit of the Metropolitan Detention Center from 12:01 a.m. on October 4, 2016, until 11:59 p.m. on October 20, 2016;

2.      The daily roster, shift log, or other records identifying the names, positions, and working hours of each Bernalillo County employee and contractor on duty in any medical unit or health-care facility for inmates at the Metropolitan Detention Center from 12:01 a.m. on October 4, 2016, until 11:59 p.m. on October 20, 2016;

3.      The records which set forth the medical policies and procedures for the Metropolitan Detention Center in effect during the month of October 2016, including standard operating procedures regarding inmate access to health care and operation of any medical unit or health-care facility at the Metropolitan Detention Center for that period;

4.      The version of the inmate handbook, video recording, or other record provided to orient new inmates to the Metropolitan Detention Center and notify them of rules or procedures applicable to inmates in effect during the month of October 2016;

5.      The records that officials or agents of the Metropolitan Detention Center provided to the court-appointed medical expert, Dr. Robert Greifinger, during his April 2016 and November 2016 site visits, including but not limited to Continuous Quality Improvement (CQI) and Quality Assurance (QA) reports, Mortality Review Reports, matrices or reports regarding medical care prepared or signed by the County's contract compliance officer, and documents prepared or signed by Dr. Ron Shanksy and Dr. Kenneth Ray, the County's contract compliance officers.

6.      The records of communications by the court-appointed medical expert, Dr. Robert Greifinger, which were transmitted to officials of the Metropolitan Detention Center or their agents during the period from April 2016 to the present, including any findings of fact and transcripts of recorded testimony by Dr. Greifinger.

PLAINTIFF'S EXHIBIT 2

This request does not seek the disclosure of protected personal identifier information or information which identifies physical or mental examinations or medical treatment provided to a specific inmate by name.  To the extent any of the requested records contain such information, that information may be redacted from the requested records in accordance with Section 2-2(13) of the Bernalillo County Code of Ordinances and Section 14-2-9(A) of IPRA.

As required under IPRA, we request to inspect and copy the records listed above immediately or as soon as practicable, but no later than fifteen (15) calendar days after your receipt of this request.  If inspection is not permitted within three (3) business days, we request a written response identifying when the records will be available for inspection or when you will further respond to the request.

If only a portion of the requested records are ready for disclosure within the time period required by IPRA, please produce the portion of the requested records available for disclosure within that time period even if you intend to withhold or delay production of additional responsive records.  Any withholding or delay in production of responsive records must be accompanied by a written explanation identifying and invoking a recognized privilege or exemption from disclosure under IPRA for each record at issue.

This office is willing to accept copies of the requested records in electronic form, via e-mail attachment, compact disc, or portable storage device, and will agree to pay a reasonable fee for copies, such as the standard $25.00 fee for copying the records onto a disc or portable storage device.

Thank you for your prompt attention to this matter.

Sincerely,

Arne R. Leonard
Paul Kennedy & Associates, P.C.
201 12th Street N.W.
Albuquerque, NM  87102
(505) 842-8662
aleonard@paulkennedylaw.com