**Arne Leonard**

| | |
|---|---|
| **From:** | Andrea M. Gonzales <amgonzales@bernco.gov> |
| **Sent:** | Friday, October 27, 2017 1:58 PM |
| **To:** | Arne Leonard |
| **Subject:** | IPRA Response WO#273482 |

Good Afternoon,

On August 25, 2017, we received your request for the following:

1.      The daily roster, shift log, or other records identifying the names, positions, and working hours of each Bernalillo County employee and contractor on duty in the F Unit of the Metropolitan Detention Center from 12:01 a.m. on October 4, 2016, until 11:59 p.m. on October 20, 2016;

2.      The daily roster, shift log, or other records identifying the names, positions, and working hours of each Bernalillo County employee and contractor on duty in any medical unit or health-care facility for inmates at the Metropolitan Detention Center from 12:01 a.m. on October 4, 2016, until 11:59 p.m. on October 20, 2016;

3.      The records which set forth the medical policies and procedures for the Metropolitan Detention Center in effect during the month of October 2016, including standard operating procedures regarding inmate access to health care and operation of any medical unit or health-care facility at the Metropolitan Detention Center for that period;

4.      The version of the inmate handbook, video recording, or other record provided to orient new inmates to the Metropolitan Detention Center and notify them of rules or procedures applicable to inmates in effect during the month of October 2016;

5.      The records that officials or agents of the Metropolitan Detention Center provided to the court-appointed medical expert, Dr. Robert Greifinger, during his April 2016 and November 2016 site visits, including but not limited to Continuous Quality Improvement (CQI) and Quality Assurance (QA) reports, Mortality Review Reports, matrices or reports regarding medical care prepared or signed by the County's contract compliance officer, and documents prepared or signed by Dr. Ron Shanksy and Dr. Kenneth Ray, the County's contract compliance officers.

6.      The records of communications by the court-appointed medical expert, Dr. Robert Greifinger, which were transmitted to officials of the Metropolitan Detention Center or their agents during the period from April 2016 to the present, including any findings of fact and transcripts of recorded testimony by Dr. Greifinger.

The inmate handbook was provided September 27, 2017 in response to request #4.

The remaining releasable items are too large to send via email and have been placed on a CD. You may review this item free of charge by contacting Palmela Reed with the Bernalillo County Legal Department at (505) 314-0192 to schedule an appointment. If you wish to purchase this item, please submit a check or money order made payable to "Bernalillo County General Fund" in the amount of $25.00.

***Please note, the MDC cannot accept payment. You can purchase the CD from the Bernalillo County Legal Department located at 520 Lomas Blvd. NW, ABQ 87102. The CD will be delivered to their office next week, most likely on Tuesday, October 31th. Please contact Ms. Reed prior to pick up at 314-0192.**

Also, Dr. Ray and Dr. Shansky are not contract compliance monitors; they are litigation consultants and their reports are privileged from disclosed.

Your request is now closed however, please contact our office if you have any questions.

Thank you,

1

PLAINTIFF'S EXHIBIT 3



**Andrea Gonzales**
Executive Assistant to Chief Greg Rees
Metropolitan Detention Center
100 Deputy Dean Miera, Albuquerque, NM 87151
Email: amgonzales@bernco.gov
O: (505) 839-8858
www.bernco.gov