## Arne Leonard

**From:** Andrea M. Gonzales <amgonzales@bernco.gov>
**Sent:** Tuesday, January 09, 2018 12:42 PM
**To:** Arne Leonard
**Subject:** IPRA WO#280391

Good Afternoon,

Please see my responses in red.

1. The records showing the names, job titles, employers, and addresses of each individual serving on the quality management committee for medical care at the Metropolitan Detention Center (MDC) during the calendar year 2016; Please contact Correct Care Solutions at 1-800-592-2974 for more information. The MDC could not locate information on a "quality management committee for medical care".

2. The records showing the meeting dates, meeting agendas, meeting minutes, and committee reports for the quality management committee for medical care at the MDC during the calendar year 2016; Please refer to response for #1.

3. The records showing the names, job titles, employers, and addresses of each individual serving on the McClendon committee at the MDC during the calendar year 2016; The MDC could not identify a "McClendon Committee at the MDC". Please clarify what type of committee you are referring to or the exact name of the committee.

4. The records showing the meeting dates, meeting agendas, meeting minutes, and committee reports for the McClendon committee at the MDC during the calendar year 2016; Please refer to response #2.

5. The records identifying by name, job title, and date which and how many employees of Correct Care Solutions (CCS) terminated their employment at the MDC, turned in their identification badges for that facility, or otherwise lost their access privileges to the MDC between June 1, 2016, and November 30, 2016; The MDC has located 11 documents related to CCS employees no longer allowed in the facility. You may also contact Correct Care Solutions at the number provided above.

6. The records identifying by name, job title, and date which and how many employees of Correct Care Solutions (CCS) began their employment at the MDC, were issued an identification badge for that facility, or otherwise gained their access privileges to the MDC between June 1, 2016, and November 30, 2016; The MDC has located 19 documents related to MDC access badges being issued to individuals during the time frame in your request. You may also contact Correct Care Solutions at the number provided above.

7. The records documenting all instances where a "Code 43" or medical emergency was called in Pod F7 of the MDC on October 16, 2016, and October 17, 2016; The documents located are the "pod logs", 16 items, in which the Officer on duty notates comments for each shift as to the status of the pod.

8. The records identifying the names of the inmates assigned to Pod F7 of the MDC on October 16, 2016, and October 17, 2016. We have no items responsive to this request. Unfortunately, we would only be able to provide a list of inmates as of current date.

9. The records listing all pregnancies at the MDC and their outcomes for the calendar years 2015 and 2016. We have no items responsive to this request.

10. Copies of the overall, midrange, and close up photographs of the Metropolitan Detention Center emergency room taken, received, or reviewed by agents or investigators of the Bernalillo County Sheriff's Department on or about October 17, 2016, in conjunction with their investigation of the attended death incident reported by Detective Adrienne Adams in Case #16-720187; The MDC is not the custodian of the records. Assigned to BCSO for response.

PLAINTIFF'S EXHIBIT 4

11. Copies of the video and audio recordings taken, collected, or reviewed by agents or investigators of the Bernalillo County Sheriff's Department between October 17, 2016, and November 10, 2016, in conjunction with their investigation of the attended death incident reported by Detective Adrienne Adams in Case #16-720187; Please see response #10

12. Copies of the written witness statements received or reviewed by agents or investigators of the Bernalillo County Sheriff's Department in conjunction with their investigation of the attended death incident reported by Detective Adrienne Adams in Case #16-720187; Please see response #10

13. Copies of the pod shift logs and pod summaries of events received or reviewed by agents or investigators of the Bernalillo County Sheriff's Department in conjunction with their investigation of the attended death incident reported by Detective Adrienne Adams in Case #16-720187; Please see response #10

14. Records documenting communications regarding the IPRA request submitted by Nicole Moss on March 8, 2017, which was assigned Work Order #261818 and processed by Nataura C. Powdrell. Response received from the Compliance Office

15. Records documenting communications regarding the IPRA request submitted by Nicole Moss on November 15, 2016, which was assigned Work Order #253300 and processed by Nataura C. Powdrell. Response received from the Compliance Office

Your request will remain open with regard to numbers 3 and 4 while I await your clarification. All other requests are considered closed.

The 46 documents that are available may be reviewed free of charge by calling Palmela Reed at (505) 314-0192 to schedule an appointment. If you would like to purchase these items, please submit a check or money order made payable to "Bernalillo County General Fund" in the amount of $23.00. Forty six documents at .50 each.

The MDC cannot accept payment. These items will be delivered to the Bernalillo County Legal Department located at 520 Lomas NW, 87102, on Thursday, January 11, 2018. Please contact Ms. Reed to make arrangements for pick up.

Thank you,



**Andrea Gonzales**
Executive Assistant to Chief Greg Rees
Metropolitan Detention Center
100 Deputy Dean Miera, Albuquerque, NM 87151
Email: amgonzales@bernco.gov
O: (505) 839-8858
www.bernco.gov