IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 3 2019

MITCHELL R. ELFERS
CLERK

SHAWNA TANNER, individually and as
personal representative of JAY HINTON, JR.,

    Plaintiffs,

v.

No. CV 17-876 JB\KBM

TIMOTHY I. MCMURRAY, M.D., *et al.*,

    Defendants.

### STIPULATED ORDER GRANTING EDUARD KOSSMANN'S PARTIAL MOTION FOR SUMMARY JUDGMENT (COUNTS I & II) ON PLAINTIFF'S AMENDED COMPLAINT

THIS MATTER came before the Court on Eduard Kossmann's Motion for Partial Summary Judgment on Counts I and II and Memorandum in Support [Document 168] filed March 20, 2019. The Court was informed that Defendants Board of County Commissioners of Bernalillo County, New Mexico; Thomas J. Ruiz; and Martina Sanchez-Filfred took no position on the Motion, and Plaintiff filed a Notice [Document 197] on April 3, 2019, advising that she did not intend to pursue against Mr. Kossmann the causes of action alleged in Count I and Count II of Plaintiff's operative Complaint. The Court having read the pleadings and otherwise been apprised of the matter FINDS as follows:

1. The United States District Court for the District of New Mexico has jurisdiction over the parties and the subject matter;

2. Venue is properly laid in this District; and

3. Mr. Kossmann's Motion for Partial Summary Judgment on Counts I and II and Memorandum in Support [Document 168] is properly before the Court.

- 2 -

IT IS THEREFORE ORDERED that judgment is hereby entered in favor of Mr. Kossmann and against Plaintiff, on Count I and Count II of Plaintiff's First Amended Complaint for Civil Rights Violations, Tort Claims, Wrongful Death, Statutory Violations, Damages, and Injunctive Relief [Document 50].

IT IS FURTHER ORDERED that each party is to bear its own costs and fees incurred with respect to Eduard Kossmann's Motion for Partial Summary Judgment on Counts I and II and Memorandum in Support [Document 168].

IT IS SO ORDERED.

_____
United States District Court Judge

ORDER PREPARED BY:

PARK & ASSOCIATES, LLC


/s/ Geoffrey D. White
Alfred A. Park
Geoffrey D. White
Lawrence M. Marcus
*Attorneys for Correct Care Solutions, LLC, Timothy McMurray, M.D., Adriana Luna, R.N., Taileigh Sanchez, R.N., & Elisa Manquero, R.N., Ed Kossman & Christopher Mercer, P.A.*
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805


AGREED AS TO FORM:

LAW OFFICE OF JONLYN M. MARTINEZ, LLC

/s/ *Electronically approved via dated 04/26/2019*
Jonlyn M. Martinez
P.O. Box 1805
Albuquerque, NM 87103-1805
*Attorney for Board of County Commissioners of Bernalillo County, New Mexico; Thomas J. Ruiz; and Martina Sanchez-Filfred*


KENNEDY HERNANDEZ, P.C.

/s/ *Electronically approved via Arne Leonard email dated 04/25/2019*

Arne R. Leonard
201 Twelfth Street, N.W.
Albuquerque, NM 87102

- and -

LAW OFFICE OF NICOLE W. MOSS, LLC


Nicole W. Moss
201 Twelfth Street, N.W.
Albuquerque, NM 87102
*Attorneys for Plaintiff*